UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 08-13992

DANTOM SYSTEMS, INC.,

    Plaintiff(s),

-v-

POWELL, ROGERS & SPEAKS, INC.,

    Defendant(s).

_____/

## ORDER OF DISMISSAL

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on <u>November 20, 2008</u>.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
               UNITED STATES DISTRICT JUDGE

The Court having been advised by counsel for the Plaintiff that an Order of Dismissal may be entered, therefore;

IT IS ORDERED that the within cause be and it is hereby DISMISSED without prejudice.

               <u>s/Patrick J. Duggan</u>
               Patrick J. Duggan
               United States District Judge

Dated: November 20, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 20, 2008, by electronic and/or ordinary mail.

               <u>s/Marilyn Orem</u>
               Case Manager